1   CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

2

MARTHA BOERSCH (CABN 126569)
3   Chief, Criminal Division

4   SLOAN HEFFRON (CABN 285347)
WENDY M. GARBERS (CABN 213208)
5   Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
Fax: (415) 436-7234
8        Email: Sloan.Heffron@usdoj.gov
Wendy.Garbers@usdoj.gov
9

Attorneys for United States of America
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14   UNITED STATES OF AMERICA,          )   CASE NO. 25-CR-435-HSG-1
                                        )
15        Plaintiff,                    )
                                        )   MANUAL FILING NOTIFICATION
16     v.                               )
                                        )
17   AFATUPETAIKI FAASISILA,            )
JOSE HERRADA-ARAGON,                    )
18   ANDRES PALESTINO, and              )
TOM PARKER DONEGAN,                     )
19                                      )
        Defendants.                     )
20

21              MANUAL FILING NOTIFICATION

22        Regarding:   EXHIBIT A to the MOTION FOR PRETRIAL DETENTION OF DEFENDANT

23   AFATUPETAIKI FAASISILA

24        This filing is in paper or physical form only and is being maintained in the case file in the

25   Clerk's office.

26        If you are a participant in this case, this filing will be served in hard-copy shortly.

27        For information on retrieving this filing directly from the court, please see the court's main

28   website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

MANUAL FILING NOTIFICATION              1
25-CR-435-HSG-1

1    This filing was not e-filed for the following reasons(s):

2    ___ Voluminous Document (PDF file size larger than efiling system allowances)

3    ___ Unable to Scan Documents

4    ___ Physical Object (description)

5    _X__ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

6    ___ Item Under Seal

7    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

8    ___ Other (description)

9

10    DATED:  January 14, 2026                    Respectfully submitted,

11                                                CRAIG H. MISSAKIAN
                                                 United States Attorney
12

13                                                ____/s/_____
                                                 SLOAN HEFFRON
14                                                WENDY M. GARBERS
                                                 Assistant United States Attorneys
15

16

17

18

19

20

21

22

23

24

25

26

27

28